# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JERMAINE TERRELL MILLER, | : No. 73 MM 2015 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| FRANKLIN COUNTY COURTS, | : |
| FRANKLIN COUNTY JAIL, FRANKLIN | : |
| COUNTY LEGAL SERVICES, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.